AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MARGARET BOWLAND HARRIS a/k/a | ) | |
| MARGARET BOWLAND, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. CV-12-0281 |
| | ) | |
| v. | ) | (Glasser, J.) |
| | ) | (Azrack, M.J.) |
| THE UNITED STATES OF AMERICA, | ) | |
| THE SMITHSONIAN INSTITUTION & | ) | |
| THE NATIONAL PORTRAIT GALLERY, | ) | |
| | ) | |
| *Defendants.* | ) | |

## APPEARANCE OF COUNSEL

TO:     The clerk of court and all parties of said record

        I am authorized to practice in this court, and I appear in this case as counsel for Defendants.

Dated:   Brooklyn, New York
         February 2, 2012

/s/ {electronically filed}
*Attorney's signature*

MARGARET M. KOLBE, Assistant United States Attorney
*Printed name and bar number*

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East - 7th Floor
Brooklyn, New York  11201
*Address*

margaret.kolbe2@usdoj.gov
*E-mail address*

(718) 254-6039
*Telephone number*

(718) 254-6081
*FAX number*