

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East, 7th Floor*

*Brooklyn, New York  11201*

March 28, 2012

ORIGINAL FILED BY ECF

Honorable Joan M. Azrack
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:   *Margaret Bowland Harris v. United States, et al.*
           Civil Action No. 12-CV-281 (Glasser, J.) (Azrack, M.J.)

Dear Magistrate Judge Azrack:

    The parties jointly and respectfully request that the Initial Conference currently scheduled for April 10, 2012, at 1:00 p.m., be adjourned, and that the defendants' time for answering or otherwise responding to the complaint be extended by 30 days until May 2, 2012.  This is the parties' first request for an adjournment or extension of time.  The defendants' answer is currently due on April 2, 2012.  The reason for this request is to allow further opportunity for the parties to pursue possibilities for resolving this case without the Court's intervention.

    Respectfully submitted,

    LORETTA E. LYNCH
    United States Attorney
    Counsel for the Defendants

    By:   {electronically filed}
           Margaret M. Kolbe
           Assistant U.S. Attorney
           (718) 254-6039
           margaret.kolbe2@usdoj.gov

cc:   Matthew J. Harris, Esq.
      Attorney for Plaintiff
      57 Montgomery Place
      Brooklyn, NY  11213
      [via ECF and first class mail]