UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

|  |  |
|---|---|
| MARGARET BOWLAND HARRIS, | ) **NOTICE OF** |
|  | ) **VOLUNTARY DISMISSAL** |
|  | ) |
| *Plaintiff*, | ) Civil Action |
| - against - | ) No. 12-CV-281 |
|  | ) |
| UNITED STATES OF AMERICA and | ) (Glasser, J.) |
| SMITHSONIAN INSTITUTION, | ) (Azrack, M.J.) |
|  | ) |
| *Defendants*. | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


     Plaintiff MARGARET BOWLAND HARRIS voluntarily dismisses this action pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i).


Dated: Brooklyn, New York
      April 30, 2012

LAW OFFICE OF THEODORE DAVIS
Attorneys for the Plaintiff
10-38 Jackson Avenue #4
Long Island City, NY  11101


By: _____

     Matthew J. Harris, Esq.
     (718) 361-6789
     matt@tdavislaw.com