UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              )
MARGARET BOWLAND HARRIS,                      )     **NOTICE OF**
                                              )     **VOLUNTARY DISMISSAL**
                                              )
            *Plaintiff*,                      )     Civil Action
   - against -                                )     No. 12-CV-281
                                              )
UNITED STATES OF AMERICA and                  )     (Glasser, J.)
SMITHSONIAN INSTITUTION,                      )     (Azrack, M.J.)
                                              )
            *Defendants*.                     )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


      Plaintiff MARGARET BOWLAND HARRIS voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


Dated: Brooklyn, New York               LAW OFFICE OF THEODORE DAVIS
       April 30, 2012                   Attorneys for the Plaintiff
                                        10-38 Jackson Avenue #4
                                        Long Island City, NY  11101


                            By: _____
                                        Matthew J. Harris, Esq.
                                        (718) 361-6789
                                        matt@tdavislaw.com