UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| MARGARET BOWLAND HARRIS, | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| *Plaintiff*, | ) ) | Civil Action |
| - against - | ) ) | No. 12-CV-281 |
| UNITED STATES OF AMERICA and SMITHSONIAN INSTITUTION, | ) ) ) | (Glasser, J.) (Azrack, M.J.) |
| *Defendants*. | ) ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      Plaintiff MARGARET BOWLAND HARRIS voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: Brooklyn, New York
       April 30, 2012

LAW OFFICE OF THEODORE DAVIS
Attorneys for the Plaintiff
10-38 Jackson Avenue #4
Long Island City, NY  11101

By: _____
Matthew J. Harris, Esq.
(718) 361-6789
matt@tdavislaw.com